...

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Scott Paul LaBar | : CHAPTER 13 |
| Terry Janet LaBar | : |
|  | : No. 17-15250-ref |
| Debtors | : Date of Hearing: March 1, 2018 |
|  | : Time of Hearing: 9:30 a.m. |
|  | : Location:  U.S. Bankruptcy Court |
|  | :         The Madison Building |
|  | :         3rd Floor, Courtroom 1 |
|  | :         400 Washington Street |
|  | :            Reading, PA 19601 |

**NOTICE OF OBJECTION TO PROOF OF CLAIM AND HEARING DATE**

The Debtors, **Scott Paul LaBar and Terry Janet LaBar**, by and through their attorney, Thomas L. Lightner, Esquire, have filed an objection to Proof of Claim No. 12 filed by **BAYVIEW LOAN SERVICING, LLC.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

1.  If you do not want the court to grant the relief sought in the motion, then on or before **February 20, 2018**, you or your attorney must do <u>all</u> of the following:

a)   file an answer explaining your position at:

**United States Bankruptcy Court
The Madison Building
400 Washington Street, Suite 300
Reading, PA 19601**

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

**Thomas L. Lightner, Esquire
LIGHTNER LAW OFFICES, P.C..
4652 Hamilton Boulevard
Allentown, PA 18103**

    Attend the hearing on the objection, scheduled to be held before the **Honorable RICHARD E. FEHLING**, United States Bankruptcy Judge, on **March 1, 2018 at 9:30 a.m.,** in Courtroom A at the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601

    If you or your attorney does not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

Date:  January 19, 2018                        /s/Thomas L. Lightner_____
                                                    THOMAS L. LIGHTNER, ESQUIRE
                                                    Attorney for Debtors
                                                    4652 Hamilton Boulevard
                                                    Allentown, PA 18103
                                                    Phone: (610) 530-9300