United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15250-ref
Scott Paul Labar                                                        Chapter 13
Terry Janet Labar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet                Page 1 of 2                  Date Rcvd: Feb 05, 2018
                              Form ID: 152                Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
```
db/jdb         +Scott Paul Labar,    Terry Janet Labar,    675 Lorraine Drive,    Nazareth, PA 18064-8860
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13961462       +Asset Recovery Solutions LLC,    2200 E. Devon Ave Ste 200,    Des Plaines, IL 60018-4501
13961463        Bankcard Services,    PO Box 23065,    Columbus, GA 31902-3065
14034443        Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
13961467       +Best Buy,    PO Box 6204,    Sioux Falls, SD 57117-6204
13961468       +CitiMortgage,    PO Box 12218,    Tucson, AZ 85732-2218
13961470        Home Depot,    PO Box 530584,    Atlanta, GA 30353-0584
13961471        M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
13961473       +MDJ-03-2-08,    136 South Main Street,    Nazareth, PA 18064-2015
13961474        Nelnet/ US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
13961475       +North Shore Agency,    270 Spagnoli Road, Ste 110,    Melville, NY 11747-3515
13961477       +Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Rd.,    3rd floor,    San Diego, CA 92123-4363
13961478        Pressler and Pressler LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
13961479       +St. Lukes Health Network,    801 Ostrum St.,    Bethlehem, PA 18015-1000
14009300       +St. Lukes Hospital,    801 Ostrum PA,    Bethlehem, PA 18015-1065
13961481       +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                 Allentown, PA 18103-6021
14017229        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
13961482       +Verizon,    P.O. Box 4003,    Acworth, GA 30101-9004
13979817        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
13961483       +Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:21     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13961465        E-mail/Text: bankruptcy@bbandt.com Feb 06 2018 02:23:49     BB&T,    PO Box 2306,
                 Wilson, NC 27894-2306
13981432       +E-mail/Text: bankruptcy@bbandt.com Feb 06 2018 02:23:50       BB&T, Bankruptcy Section,
                 PO Box 1847, 100-50-01-51,    Wilson, NC 27894-1847
13961464       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 06 2018 02:24:37
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd 5th Floor,    Coral Gables, FL 33146-1837
13961466       +E-mail/Text: banko@berkscredit.com Feb 06 2018 02:23:51     Berks Credit & Collections,
                 PO Box 329,    Temple, PA 19560-0329
13961469       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 06 2018 02:26:11     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
14033901       +E-mail/Text: bankruptcy@greenskycredit.com Feb 06 2018 02:23:42     Home Depot Loan Services,
                 1797 North East Expressway Suite 100,    Atlanta, GA 30329-2451
14021570        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:26:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13961472       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18     MCM Midland Credit Mgmt,
                 PO Box 2121,    Warren, MI 48090-2121
14013922       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13983746        E-mail/PDF: cbp@onemainfinancial.com Feb 06 2018 02:26:35     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
13961476       +E-mail/PDF: cbp@onemainfinancial.com Feb 06 2018 02:26:35     One Main Financial,
                 Valley Plaza,    1884 Catasauqua Rd.,    Allentown, PA 18109-3128
13961932       +E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13961480        E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:21     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14008962       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 05:28:00     Verizon,
                 by American InfoSource LP as agent,    4515 Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18
```

```
District/off: 0313-4          User: Violet              Page 2 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14027689*       +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                  Allentown, PA 18103-6021
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, L.L.C.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              THOMAS L. LIGHTNER    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              THOMAS L. LIGHTNER    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Scott Paul Labar and Terry Janet Labar
    Debtor(s)

Case No: 17–15250–ref
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

22
Form 152