United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Paul Labar
Terry Janet Labar
    Debtors

Case No. 17-15250-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Violet     Page 1 of 1     Date Rcvd: Feb 05, 2018
Form ID: 167     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db/jdb     +Scott Paul Labar,    Terry Janet Labar,    675 Lorraine Drive,    Nazareth, PA 18064-8860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:36    Synchrony Bank,
    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:

         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, L.L.C.
         bkgroup@kmllawgroup.com
         THOMAS L. LIGHTNER    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com,
         sbennett@lightnerlaw.com;r50447@notify.bestcase.com
         THOMAS L. LIGHTNER    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com,
         sbennett@lightnerlaw.com;r50447@notify.bestcase.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Scott Paul Labar and Terry Janet Labar
    Debtor(s)

Case No: 17−15250−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*NOTICE OF CONTINUED HEARING\*\*
Motion to Dismiss Case. feasibility Filed by FREDERICK L. REIGLE

on: 4/5/18

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/5/18

Timothy B. McGrath
Clerk of Court

21 − 17
Form 167