# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Scott Paul LaBar | : CHAPTER 13 |
| | Terry Janet LaBar | : |
| | | : No. 17-15250-ref |
| | Debtors | : |

# PRACIPE TO WITHDRAW OBJECTION TO
# PROOF OF CLAIM NUMBER 12
# FILED BY BAYVIEW LOAN SERVICING, LLC

TO THE CLERK/U.S. BANKRUPTCY COURT:

Kindly withdraw the Objection to Proof of Claim Number 12 of Bayview Loan Servicing, LLC filed by Debtors' counsel on January 19, 2018 at docket entry no. 19.

Respectfully submitted,

Dated: February 23, 2018

*/s/Thomas L. Lightner*
THOMAS L. LIGHTNER, ESQ.
Attorney for Debtors
4652 Hamilton Boulevard
Allentown, PA 18103
Phone: (610) 530-9300