United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-15250-ref
Scott Paul Labar                                               Chapter 13
Terry Janet Labar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Mar 16, 2018
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13983746        E-mail/PDF: cbp@onemainfinancial.com Mar 17 2018 01:40:30     ONEMAIN,   P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                          Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, L.L.C.
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          THOMAS L. LIGHTNER    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com,
          sbennett@lightnerlaw.com;r50447@notify.bestcase.com
          THOMAS L. LIGHTNER    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com,
          sbennett@lightnerlaw.com;r50447@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15250-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott Paul Labar
675 Lorraine Drive
Nazareth PA 18064

Terry Janet Labar
675 Lorraine Drive
Nazareth PA 18064

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251

Name and Address of Transferee:

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/18/18

Tim McGrath
**CLERK OF THE COURT**