# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terry Janet Labar aka Terry J. Labar aka Terry Labar<br>Scott Paul Labar aka Scott P. Labar aka Scott Labar<br>           Debtors | CHAPTER 13 |
| BAYVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>           Movant<br>     vs. | NO. 17-15250 REF |
| Terry Janet Labar aka Terry J. Labar aka Terry Labar<br>Scott Paul Labar aka Scott P. Labar aka Scott Labar<br>           Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>           Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BAYVIEW LOAN SERVICING, LLC, which was filed with the Court on or about September 27, 2017 Document No. 14.

                    Respectfully submitted,

                    **/s/Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    rsolarz@kmllawgroup.com
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322

April 10, 2018