United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Paul Labar  
Terry Janet Labar  
     Debtors

Case No. 17-15250-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Jun 14, 2018  
                           Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db/jdb      +Scott Paul Labar,   Terry Janet Labar,   675 Lorraine Drive,   Nazareth, PA 18064-8860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, L.L.C. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        THOMAS L. LIGHTNER    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
        THOMAS L. LIGHTNER    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                  TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Scott Paul Labar and Terry Janet Labar
      Debtor(s)

Chapter: 13
Bankruptcy No: 17−15250−ref

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 14th day of June 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Richard E. Fehling
                              Chief Judge ,
                              United States Bankruptcy Court