## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **Scott Paul LaBar**      : **CHAPTER 13**
            **Terry Janet LaBar**      :
                                       : No. 17-15250-ref
            **Debtors**                :

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND FIVE HUNDRED and xx/100 Dollars ($3,500.00)**, of which **TWO THOUSAND and xx/100 Dollars ($2,000.00)** has been paid and **ONE THOUSAND FIVE HUNDRED and xx/100 Dollars ($1,500.00)** is to be paid and the same is hereby approved.

Dated:                                          BY THE COURT:

**Date: June 25, 2018**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE