United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Paul Labar  
Terry Janet Labar  
       Debtors

Case No. 17-15250-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jun 25, 2018  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.  
db/jdb       +Scott Paul Labar,    Terry Janet Labar,    675 Lorraine Drive,    Nazareth, PA 18064-8860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:28:35  
            PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:34     Synchrony Bank,  
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                TOTAL: 2

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, L.L.C.  
          bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         THOMAS L. LIGHTNER    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com,  
          sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
         THOMAS L. LIGHTNER    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com,  
          sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Scott Paul LaBar | : CHAPTER 13 |
| | Terry Janet LaBar | : |
| | | : No. 17-15250-ref |
| | Debtors | : |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016.2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Thomas L. Lightner, Esquire, in the amount of **THREE THOUSAND FIVE HUNDRED and xx/100 Dollars ($3,500.00)**, of which **TWO THOUSAND and xx/100 Dollars ($2,000.00)** has been paid and **ONE THOUSAND FIVE HUNDRED and xx/100 Dollars ($1,500.00)** is to be paid and the same is hereby approved.

Dated:

**Date: June 25, 2018**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE