United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Paul Labar
Terry Janet Labar
    Debtors

Case No. 17-15250-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Dec 06, 2018
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
14034443       Bayview Loan Servicing, LLC,   Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2018 at the address(es) listed below:
       LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       REBECCA ANN SOLARZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, L.L.C. bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
       THOMAS L. LIGHTNER   on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
       THOMAS L. LIGHTNER   on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15250-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott Paul Labar
675 Lorraine Drive
Nazareth PA 18064

Terry Janet Labar
675 Lorraine Drive
Nazareth PA 18064

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/05/2018.

Name and Address of Alleged Transferor(s):

Claim No. 12: Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/08/18

Tim McGrath
**CLERK OF THE COURT**