United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Paul Labar
Terry Janet Labar
       Debtors

Case No. 17-15250-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: SaraR      Page 1 of 1      Date Rcvd: Mar 14, 2019
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14242081      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 15 2019 03:32:16
        Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
        Coral Gables, Florida 33146-1837
                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, L.L.C.
     bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
        THOMAS L. LIGHTNER   on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com,
     sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
        THOMAS L. LIGHTNER   on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com,
     sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                            TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15250-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Scott Paul Labar<br>675 Lorraine Drive<br>Nazareth PA 18064 | Terry Janet Labar<br>675 Lorraine Drive<br>Nazareth PA 18064 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146 | Select Portfolio Servicing, Inc<br>as servicer for Federal Home Loan Mortg<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/16/19

Tim McGrath
**CLERK OF THE COURT**