| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-15250-PMM

SCOTT PAUL LABAR
TERRY JANET LABAR
675 LORRAINE DRIVE
NAZARETH PA 18064

Petition Filed Date: 08/01/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $224.00 | | 02/13/2019 | $224.00 | | 03/11/2019 | $224.00 | |
| 04/11/2019 | $224.00 | | 05/20/2019 | $224.00 | | 06/24/2019 | $224.00 | |
| 07/29/2019 | $224.00 | | 08/28/2019 | $224.00 | | 10/01/2019 | $224.00 | 6209773000 |
| 10/24/2019 | $224.00 | 6273797000 | 11/15/2019 | $224.00 | 6333200000 | 12/26/2019 | $224.00 | 6423237000 |
| 01/17/2020 | $224.00 | 6490526000 | 02/14/2020 | $224.00 | 6561938000 | 03/23/2020 | $224.00 | 6652044000 |
| 04/16/2020 | $224.00 | 6717154000 | 05/18/2020 | $224.00 | 6791658000 | 06/26/2020 | $224.00 | 6891721000 |
| 07/24/2020 | $224.00 | 6960302000 | | | | | | |

**Total Receipts for the Period: $4,256.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,064.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $687.38 | $16.11 | $671.27 |
| 2 | BRANCH BANKING & TRUST CO<br>»» 002 | Secured Creditors | $13,973.20 | $0.00 | $13,973.20 |
| 8 | FEDERAL LOAN SERVICING<br>»» 008 | Unsecured Creditors | $113,505.34 | $2,828.49 | $110,676.85 |
| 11 | GREENSKY, LLC<br>»» 011 | Unsecured Creditors | $2,705.95 | $67.45 | $2,638.50 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $491.26 | $0.00 | $491.26 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,336.76 | $31.32 | $1,305.44 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $2,175.81 | $50.98 | $2,124.83 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $9,637.75 | $225.68 | $9,412.07 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 012 | Mortgage Arrears | $1,785.48 | $1,785.48 | $0.00 |
| 5 | ST LUKE'S HOSPITAL<br>»» 005 | Unsecured Creditors | $4,168.19 | $103.90 | $4,064.29 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $322.89 | $322.89 | $0.00 |
| 10 | THOMAS L LIGHTNER ESQ<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-15250-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,064.00 | Current Monthly Payment: | $224.00 |
| Paid to Claims: | $6,932.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $695.53 | Total Plan Base: | $13,440.00 |
| Funds on Hand: | $436.17 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.