| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-15250-PMM

SCOTT PAUL LABAR
TERRY JANET LABAR
675 LORRAINE DRIVE
NAZARETH  PA    18064

Petition Filed Date: 08/01/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $224.00 | 6490526000 | 02/14/2020 | $224.00 | 6561938000 | 03/23/2020 | $224.00 | 6652044000 |
| 04/16/2020 | $224.00 | 6717154000 | 05/18/2020 | $224.00 | 6791658000 | 06/26/2020 | $224.00 | 6891721000 |
| 07/24/2020 | $224.00 | 6960302000 | 08/25/2020 | $224.00 | 7035535000 | 09/21/2020 | $224.00 | 7099199000 |
| 10/20/2020 | $224.00 | 7170601000 | 11/30/2020 | $224.00 | 7263145000 | 12/28/2020 | $224.00 | 7328805000 |
| 01/25/2021 | $224.00 | 7400147000 | 02/19/2021 | $224.00 | 7463267000 | 03/18/2021 | $224.00 | 7534425000 |
| 04/20/2021 | $224.00 | 7611756000 | 05/17/2021 | $224.00 | 7674474000 | | | |

**Total Receipts for the Period: $3,808.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,304.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $687.38 | $16.11 | $671.27 |
| 2 | BRANCH BANKING & TRUST CO<br>»» 002 | Secured Creditors | $13,973.20 | $0.00 | $13,973.20 |
| 8 | FEDERAL LOAN SERVICING<br>»» 008 | Unsecured Creditors | $113,505.34 | $4,736.67 | $108,768.67 |
| 11 | GREENSKY, LLC<br>»» 011 | Unsecured Creditors | $2,705.95 | $100.37 | $2,605.58 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $491.26 | $15.22 | $476.04 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,336.76 | $47.53 | $1,289.23 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $2,175.81 | $87.44 | $2,088.37 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 03U | Unsecured Creditors | $9,637.75 | $387.21 | $9,250.54 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 012 | Mortgage Arrears | $1,785.48 | $1,785.48 | $0.00 |
| 5 | ST LUKE'S HOSPITAL<br>»» 005 | Unsecured Creditors | $4,168.19 | $167.55 | $4,000.64 |
| 1 | WELLS FARGO DEALER SERVICES<br>»» 001 | Secured Creditors | $322.89 | $322.89 | $0.00 |
| 10 | THOMAS L LIGHTNER ESQ<br>»» 010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-15250-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,304.00 | Current Monthly Payment: | $224.00 |
| Paid to Claims: | $9,166.47 | Arrearages: | $0.00 |
| Paid to Trustee: | $872.49 | Total Plan Base: | $13,440.00 |
| Funds on Hand: | $265.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.