| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-15250-PMM

SCOTT PAUL  LABAR  
TERRY JANET  LABAR  
675 LORRAINE DRIVE  
NAZARETH  PA     18064

Petition Filed Date: 08/01/2017  
341 Hearing Date: 10/03/2017  
Confirmation Date: 06/14/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $224.00 | 7611756000 | 05/17/2021 | $224.00 | 7674474000 | 06/14/2021 | $224.00 | 7740622000 |
| 07/19/2021 | $224.00 | 7818668000 | 08/27/2021 | $224.00 | 7905790000 | 09/17/2021 | $224.00 | 7954261000 |
| 10/18/2021 | $224.00 | 8016041000 | 11/16/2021 | $224.00 | 8079418000 | 12/10/2021 | $224.00 | 8139513000 |
| 01/13/2022 | $224.00 | 8208450000 | 02/23/2022 | $224.00 | 8292974000 | 03/21/2022 | $224.00 | 8348091000 |
| 04/18/2022 | $224.00 | 8405902000 | 05/17/2022 | $224.00 | 8471940000 | 06/15/2022 | $224.00 | 8531212000 |
| 07/25/2022 | $224.00 | 8602335000 | 08/03/2022 | $224.00 | 8629133000 | | | |

**Total Receipts for the Period:  $3,808.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,664.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $687.38 | $31.78 | $655.60 |
| 2 | BRANCH BANKING & TRUST CO<br>»»  002 | Secured Creditors | $13,973.20 | $0.00 | $13,973.20 |
| 8 | FEDERAL LOAN SERVICING<br>»»  008 | Unsecured Creditors | $113,505.34 | $7,148.79 | $106,356.55 |
| 11 | GREENSKY, LLC<br>»»  011 | Unsecured Creditors | $2,705.95 | $166.29 | $2,539.66 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $491.26 | $30.23 | $461.03 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  006 | Unsecured Creditors | $1,336.76 | $82.16 | $1,254.60 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  007 | Unsecured Creditors | $2,175.81 | $127.07 | $2,048.74 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  03U | Unsecured Creditors | $9,637.75 | $592.16 | $9,045.59 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»»  012 | Mortgage Arrears | $1,785.48 | $1,785.48 | $0.00 |
| 5 | ST LUKE'S HOSPITAL<br>»»  005 | Unsecured Creditors | $4,168.19 | $262.60 | $3,905.59 |
| 1 | WELLS FARGO DEALER SERVICES<br>»»  001 | Secured Creditors | $322.89 | $322.89 | $0.00 |
| 10 | THOMAS L LIGHTNER ESQ<br>»»  010 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

**Chapter 13 Case No. 17-15250-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,664.00 | Current Monthly Payment: | $224.00 |
| Paid to Claims: | $12,049.45 | Arrearages: | ($224.00) |
| Paid to Trustee: | $1,159.21 | Total Plan Base: | $13,440.00 |
| Funds on Hand: | $455.34 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.