Certificate Number: 17572-PAE-DE-036786960

Bankruptcy Case Number: 17-15250



17572-PAE-DE-036786960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 26, 2022</u>, at <u>8:35</u> o'clock <u>AM PDT</u>, <u>Scott Paul Labar</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 26, 2022            By:    /s/Kelly Faulks

                                   Name:  Kelly Faulks

                                   Title: Counselor