Certificate Number: 17572-PAE-DE-036786959

Bankruptcy Case Number: 17-15250



17572-PAE-DE-036786959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 26, 2022</u>, at <u>8:35</u> o'clock <u>AM PDT</u>, <u>Terry Janet Labar</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 26, 2022</u>          By:    <u>/s/Kelly Faulks</u>

                                      Name:  <u>Kelly Faulks</u>

                                      Title: <u>Counselor</u>