Certificate Number: 17572-PAE-DE-036786959

Bankruptcy Case Number: 17-15250



17572-PAE-DE-036786959

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2022, at 8:35 o'clock AM PDT, Terry Janet Labar completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 26, 2022                By:    /s/Kelly Faulks

                                  Name: Kelly Faulks

                                  Title: Counselor

Certificate Number: 17572-PAE-DE-036786960

Bankruptcy Case Number: 17-15250


17572-PAE-DE-036786960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2022, at 8:35 o'clock AM PDT, Scott Paul Labar completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 26, 2022                By:    /s/Kelly Faulks

                                       Name:  Kelly Faulks

                                       Title: Counselor