United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott Paul Labar  
Terry Janet Labar  
    Debtors

Case No. 17-15250-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 27, 2022      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Paul Labar, Terry Janet Labar, 675 Lorraine Drive, Nazareth, PA 18064-8860 |
| 13961468 | + | CitiMortgage, PO Box 12218, Tucson, AZ 85732-2218 |
| 14695692 | + | Federal Home Loan Mortgage Corporation, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 13961470 | | Home Depot, PO Box 530584, Atlanta, GA 30353-0584 |
| 13961473 | + | MDJ-03-2-08, 136 South Main Street, Nazareth, PA 18064-2015 |
| 13961479 | + | St. Lukes Health Network, 801 Ostrum St., Bethlehem, PA 18015-1000 |
| 14009300 | + | St. Lukes Hospital, 801 Ostrum PA, Bethlehem, PA 18015-1065 |
| 13961481 | + | Thomas L. Lightner, Esquire, Lightner Law Offices, P.C., 4652 Hamilton Blvd., Allentown, PA 18103-6021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2022 23:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13961462 | ^ | MEBN | Sep 27 2022 23:38:57 | Asset Recovery Solutions LLC, 2200 E. Devon Ave Ste 200, Des Plaines, IL 60018-4501 |
| 13961465 | | Email/Text: bankruptcy@bbandt.com | Sep 27 2022 23:42:00 | BB&T, PO Box 2306, Wilson, NC 27894-2306 |
| 13981432 | + | Email/Text: bankruptcy@bbandt.com | Sep 27 2022 23:42:00 | BB&T, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 13961463 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2022 23:42:00 | Bankcard Services, PO Box 23065, Columbus, GA 31902-3065 |
| 13961464 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 27 2022 23:42:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd 5th Floor, Coral Gables, FL 33146-1839 |
| 14034443 | ^ | MEBN | Sep 27 2022 23:38:56 | Bayview Loan Servicing, LLC, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14242081 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 27 2022 23:42:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14056998 | ^ | MEBN | Sep 27 2022 23:39:03 | Bayview Loan Servicing, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-1541 |
| 13961466 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 27 2022 23:42:00 | Berks Credit & Collections, PO Box 329, Temple, PA 19560-0329 |
| 13961467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 23:45:33 | Best Buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 13961469 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 23:45:25 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14033901 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 27 2022 23:42:00 | Home Depot Loan Services, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14021570 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:45:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13961471 | | Email/Text: camanagement@mtb.com | Sep 27 2022 23:42:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 13961472 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:42:00 | MCM Midland Credit Mgmt, PO Box 2121, Warren, MI 48090-2121 |
| 14013922 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13983746 | | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:45:26 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13961476 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:45:26 | One Main Financial, Valley Plaza, 1884 Catasauqua Rd., Allentown, PA 18109-3128 |
| 14221196 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:45:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 13961932 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:45:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14075320 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:45:31 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 13961478 | | Email/Text: signed.order@pfwattorneys.com | Sep 27 2022 23:42:43 | Pressler and Pressler LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14286748 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 27 2022 23:42:00 | Select Portfolio Servicing, Inc, as servicer for Federal Home Loan Mortg, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13961480 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:45:25 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14017229 | | Email/Text: bncnotifications@pheaa.org | Sep 27 2022 23:42:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 14008962 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:45:30 | Verizon, by American InfoSource LP as agent, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 13961482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2022 23:42:00 | Verizon, P.O. Box 4003, Acworth, GA 30101-9004 |
| 13979817 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2022 23:55:40 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason    Name and Address**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 27, 2022 | Form ID: 138OBJ | Total Noticed: 38

| | | |
|---|---|---|
| 14027689 | *+ | Thomas L. Lightner, Esquire, Lightner Law Offices, P.C., 4652 Hamilton Blvd., Allentown, PA 18103-6021 |
| 13961474 | ## | Nelnet/ US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |
| 13961475 | ##+ | North Shore Agency, 270 Spagnoli Road, Ste 110, Melville, NY 11747-3515 |
| 13961477 | ##+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Rd., 3rd floor, San Diego, CA 92123-4363 |
| 13961483 | ##+ | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BAYVIEW LOAN SERVICING L.L.C. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN R.K. SOLT | on behalf of Debtor Scott Paul Labar jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| JOHN R.K. SOLT | on behalf of Joint Debtor Terry Janet Labar jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| THOMAS L. LIGHTNER | on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com |
| THOMAS L. LIGHTNER | on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Scott Paul Labar and Terry Janet Labar
      Debtor(s)

Case No: 17−15250−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/27/22

57 − 56
Form 138OBJ