United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-15250-pmm
Scott Paul Labar     Chapter 13
Terry Janet Labar
     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 27, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Scott Paul Labar, Terry Janet Labar, 675 Lorraine Drive, Nazareth, PA 18064-8860 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BAYVIEW LOAN SERVICING  L.L.C. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN R.K. SOLT | on behalf of Joint Debtor Terry Janet Labar jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| JOHN R.K. SOLT | on behalf of Debtor Scott Paul Labar jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 234 | Total Noticed: 1 |

on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

THOMAS L. LIGHTNER
    on behalf of Debtor Scott Paul Labar tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com

THOMAS L. LIGHTNER
    on behalf of Joint Debtor Terry Janet Labar tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Scott Paul Labar and Terry Janet Labar
        Debtor(s)

Case No:17−15250−pmm
Chapter: 13

_____

## NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                  For The Court

                                  Timothy McGrath,
                                  Clerk of Court

Date: 9/27/22

                                  56
                               Form 234